IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| ROBERT COTNER, | ) |  |
|---|---|---|
|  | ) |  |
| Petitioner, | ) |  |
|  | ) |  |
| vs. | ) | Case No. CIV-18-48-M |
|  | ) |  |
| UNITED STATES OF AMERICA, | ) |  |
| WARDEN BEAR, and | ) |  |
| STATE OF OKLAHOMA, | ) |  |
|  | ) |  |
| Respondents. | ) |  |

## ORDER

On February 28, 2018, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2241, seeking a writ of habeas corpus. The Magistrate Judge recommended that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 be dismissed without prejudice for failure to comply with previously imposed filing restrictions. Petitioner was advised of his right to object to the Report and Recommendation by March 21, 2018. On March 8 and 9, 2018, petitioner filed his objections to the Report and Recommendation.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 11] issued by the Magistrate Judge on February 28, 2018; and

(2) DISMISSES the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 without prejudice for failure to comply with previously imposed filing restrictions.

**IT IS SO ORDERED this 15th day of March, 2018.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE